# EXHIBIT A

REC'D JUN 0 5 2020

1 | Heather McMillan (188939)
Daniel P. Stevens (164277)
2 | STEVENS & McMILLAN
335 Centennial Way
3 | Tustin, CA 92780
Tel.:   (714) 730-1000
4 | Fax:   (714) 730-1067

5 | Attorneys for Plaintiff
MICHAEL SPOTTS

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 0 5 2020

A. Hernandez

JSL

JUN 1 1 2020

IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

| MICHAEL SPOTTS, | Case No.: **RIC** 2001511 |
| Plaintiff, | |
| v. | COMPLAINT FOR DAMAGES |
| AMAZON.COM SERVICES, INC. and DOES 1 through 50, inclusive, | 1. Discrimination<br>2. Failure to Prevent Discrimination<br>3. Family Medical Leave Violation<br>4. Failure to Accommodate<br>5. Wrongful Termination |
| Defendants. | |

Plaintiff alleges:

1. At all times mentioned in this complaint, Defendant AMAZON.COM SERVICES, INC. was a corporation, duly licensed, and conducting business in the County of Riverside, State of California.

2. At all times mentioned in this complaint, Plaintiff MICHAEL SPOTTS was a resident of California. During the relevant time period, Plaintiff was employed by and then terminated by Defendants.

3. Plaintiff does not know the true names of Defendants DOES 1 through 50, inclusive, and therefore sue them by those fictitious names.

4. Plaintiff is informed and believes, and on the basis of that information and belief alleges, that at all times mentioned in this complaint, DOE defendants were the agents and

1

**Complaint for Damages**

1  employees of their co-defendants or otherwise responsible for the conduct complained of herein, and

2  in doing the things alleged in this complaint were acting within the course and scope of that agency

3  and employment or were otherwise responsible for the damages complained of by the Plaintiff.

4  <center>**FACTUAL ALLEGATIONS**</center>

5       5.       Michael Spotts commenced employment with Amazon on April 3, 2018. He made

6  $15 per hour as a slam operator.

7       6.       In April of 2019, he advised the employer's medical leave personnel, that he was

8  on a waiting list for a two week treatment plan for drug addiction and he was approved to take a

9  leave starting April 8, 2019.

10      7.       His treatment lasted until May 22, 2019. He saw the nurse send the paperwork to

11 Amazon. Amazon sent him notice on May 15, 2019, that said he had "resigned." When he got

12 out of rehab he contacted the company but they said it was too late to dispute the termination.

13      8.       The plaintiff filed administrative complaints with the Department of Fair Housing

14 and Employment within the statutory time period and received Notices of Case Closure (Right-

15 to-Sue Letters) for each defendant named herein.

16 <center>**FIRST CAUSE OF ACTION**</center>

17 <center>(Discrimination-Gov't Code section 12940(a))</center>

18 <center>(By Plaintiff Against All Defendants)</center>

19      9.       Plaintiff hereby incorporates paragraphs 1 through 8, inclusive, as though fully

20 set forth at this point.

21      10.      This action is brought pursuant to the California Fair Employment and Housing

22 Act, section 12940(a) of the Government Code, which prohibits an employer from discharging,

23 expelling or otherwise discriminating against any person because of the person's disability.

24      11.      At all times mentioned in this complaint, Defendants regularly employed at least

25 five employees bringing the Defendant employer within the provisions of section 12940 et seq.

26 of the Government Code.

27      12.      During Plaintiff's employment, as alleged herein, Defendant terminated him

28 <center>2</center>

<center>**Complaint for Damages**</center>

1   because of his addiction disability.

2        13.   As a direct and proximate result of Defendants' unlawful conduct as alleged in this

3   complaint, Plaintiff has suffered extreme and severe anguish, humiliation, anger, tension,

4   anxiety, depression, lowered self-esteem, and emotional distress.

5        14.   As a further direct and proximate result of the unlawful conduct, the Plaintiff has

6   suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity

7   and other losses.

8        15.   Because Plaintiff was discriminated against in violation of the law, plaintiff is

9   entitled to recover attorneys' fees and costs in this action pursuant to California Government

10   Code section 12965(b).

11        16.   Because the acts taken toward Plaintiff were carried out by Defendants acting in a

12   deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and

13   damage plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an

14   amount appropriate to punish and make an example of Defendants.

15   **SECOND CAUSE OF ACTION**

16   (Failure to Prevent Discrimination - Gov't Code § 12940(k))

17   (By Plaintiff Against All Defendants)

18        17.   Plaintiff hereby incorporates paragraphs 1 through 16, inclusive, as though fully

19   set forth at this point.

20        18.   This action is brought pursuant to the California Fair Employment and Practices

21   Act, section 12940(k) of the Government Code, which prohibits an employer from failing to take

22   all reasonable steps necessary to prevent discrimination, harassment and retaliation and the

23   corresponding regulations of the California Fair Employment and Housing Commission.

24        19.   At all times mentioned in this complaint, Defendants regularly employed at least

25   five employees bringing Defendant employer within the provisions of section 12900 et seq. of

26   the Government Code prohibiting employers or their agents from failing to take all reasonable

27   steps necessary to prevent discrimination, harassment and retaliation.

28   3

1   20. Defendants failed to take all reasonable steps necessary to prevent discrimination

2 and harassment in that the employer failed to comply with Department of Fair Employment and

3 Housing laws and regulations, failed to offer discrimination and harassment training, failed to

4 maintain an effective complaint procedure, failed to adequately educate managers about

5 discrimination and harassment and failed to educate managers regarding proper responses to

6 complaints.  Defendants also failed to take all reasonable steps to prevent harassment and

7 discrimination by not taking adequate remedial action after becoming aware of ongoing

8 discrimination and harassment.

9   21. As a direct and proximate result of Defendants' unlawful conduct as alleged in

10 this complaint, Plaintiff  has suffered extreme and severe anguish,  humiliation, anger, tension,

11 anxiety, depression, lowered self-esteem, sleeplessness and emotional distress.

12   22. As a further direct and proximate result of the unlawful conduct, Plaintiff has

13 suffered and continues  to suffer loss of income, loss of earning capacity, loss of job opportunity

14 and other losses.

15   23. Because the Defendants failed to prevent discrimination and harassment in

16 violation of the Fair Employment and Housing Act,  Plaintiff is entitled to recover attorneys' fees

17 and costs in this action pursuant to California Government Code section 12965(b).

18   24. Because the acts taken toward Plaintiff were carried out by Defendants acting in a

19 deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and

20 damage plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an

21 amount appropriate to punish and make an example of Defendants.

22        **THIRD CAUSE OF ACTION**

23     (Violation of California Family Rights Act - Gov't Code §12945.2)

24       (By Plaintiff against All Defendants)

25   25. Plaintiff hereby incorporates paragraphs 1 through 24, inclusive, as though fully

26 set forth at this point.

27   26. This action is brought pursuant to the California Fair Employment and Practices

28              4

1   Act, section 12945.2 of the Government Code and/or the corresponding regulations of the

2   California Fair Employment and Housing Commission, which makes it an unlawful employment

3   practice for an employer to refuse to grant a request by any employee with more than 12 months

4   of service with the employer and who has at least 1,250 hours of service with the employer

5   during the previous 12-month period, to take up to a total of 12 workweeks in any 12-month

6   period for family care and medical leave.  This section is deemed violated when an employer

7   fails to return an employee to the same or comparable position at the end of the leave or if the

8   employer discriminates against the employee for taking or asking for leave.

9        27.     At all times mentioned in this complaint, plaintiff was an employee of defendant

10   employers within the meaning of Government Code sections 12926, 12940 and 12945.2.

11       28.     At all times relevant herein, Defendants were and are an "employer" under FEHA,

12   regularly employing five or more employees, respectively, within the meaning of Government

13   Code sections 12926 and 12940.

14       29.     At all times relevant herein, Defendants, respectively, employed fifty (50) or more

15   employees within a seventy-five (75) mile radius of the facility where plaintiff was employed.

16       30.     Plaintiff was employed by defendants for at least twelve (12) total months prior to

17   plaintiff's request for leave as alleged more fully herein.

18       31.     Plaintiff gave defendants at least one thousand two hundred fifty (1,250) hours of

19   service during the twelve (12) month period immediately preceding the request for or

20   commencement of plaintiff's leave.

21       32.     As is more fully set forth herein, plaintiff took leave for treatment for drug

22   addiction.  Defendants unlawfully discriminated and/or retaliated against plaintiff by terminating

23   him.

24       33.     As a direct and proximate result of defendants' unlawful conduct as alleged in this

25   complaint, plaintiff has suffered extreme and severe anguish, humiliation, nervousness, anger,

26   tension, anxiety and emotional distress.

27       34.     As a further direct and proximate result of the unlawful conduct, plaintiff has

28                            5

1 | suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity
2 | and other losses.

3 |      35.    Because plaintiff was discriminated against in violation of the Fair Employment
4 | and Housing Act, plaintiff is entitled to recover attorneys' fees and costs in this action pursuant to
5 | California Government Code section 12965(b).

6 |      36.    Because the acts taken toward plaintiff were carried out by defendants acting in a
7 | deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and
8 | damage plaintiff, plaintiff requests the assessment of punitive damages against defendants in an
9 | amount appropriate to punish and make an example of defendants.

10 | **FOURTH CAUSE OF ACTION**

11 | (Failure to Accommodate -

12 | Gov't Code §12926.1, 12940(a)(m) and (n) )

13 | (By Plaintiff against All Defendants)

14 |      37.    Plaintiff hereby incorporates paragraphs 1 through 36, inclusive, as though fully
15 | set forth at this point.

16 |      38.    This action is brought pursuant to the California Fair Employment and Practices
17 | Act, section 12940 and 12926.1 of the Government Code and/or the corresponding regulations of
18 | the California Fair Employment and Housing Commission, which makes it an unlawful
19 | employment practice for an employer to discriminate against a person with a disability, fail to
20 | make reasonable accommodation to a person with a disability, or fail to engage in a timely, good
21 | faith, interactive process with an employee to determine effective reasonable accommodations.

22 |      39.    As is more fully set forth herein, plaintiff had an addiction disability.

23 |      40.    Plaintiff was able to perform the job with reasonable accommodation.

24 |      41.    The company failed to comply with the above sited code sections and regulations
25 | when it failed to engage in a timely, good faith, interactive process to determine an effective
26 | accommodation and when it terminated him.

27 |      42.    As a direct and proximate result of defendant's unlawful conduct as alleged in this

28 |

<center>6</center>

1  complaint, plaintiff has suffered extreme and severe anguish, humiliation, nervousness, anger,
2  tension, anxiety and emotional distress.

3      43.    As a further direct and proximate result of the unlawful conduct, plaintiff has
4  suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity
5  and other losses.

6      44.    Because plaintiff was discriminated against in violation of the Fair Employment
7  and Housing Act, plaintiff is entitled to recover attorney's fees and costs in this action pursuant
8  to California Government Code section 12965(b).

9      45.    Because the acts taken toward plaintiff were carried out by defendants acting in a
10 deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and
11 damage him, plaintiff requests the assessment of punitive damages against defendants in an
12 amount appropriate to punish and make an example of defendants.

13                         **FIFTH CAUSE OF ACTION**
14                            (Wrongful Termination)
15                      (By Plaintiff Against All Defendants)

16      46.    Plaintiff hereby incorporates by reference paragraphs 1 through 45, inclusive,
17 as though fully set forth at this point.

18      47.    Plaintiff alleges that the discharge was wrongful because it was in violation of the
19 public policy of the State of California as set forth in California Government Code section 12940
20 et seq., the administrative regulations of the Fair Employment and Housing Act and Article 1,
21 section 8 of the Constitution of the State of California, and Labor Code Section 1025 (reasonable
22 accommodation of employee entering rehabilitation program), as set forth more fully herein.

23      48.    As a direct and proximate result of Defendants' unlawful conduct as alleged in
24 this complaint, Plaintiff has suffered extreme and severe anguish, humiliation, anger, tension,
25 anxiety, depression, lowered self-esteem, sleeplessness and emotional distress.

26      49.    As a further direct and proximate result of the unlawful conduct, Plaintiff has
27 suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity
28                                    7

**Complaint for Damages**

1 | and other losses.

2 |      50.    Because the acts taken toward Plaintiff were carried out by Defendants acting in a

3 | deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and

4 | damage plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an

5 | amount appropriate to punish and make an example of Defendants.

6 |      **WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

7 | **As to the First, Second, Third and Fourth Causes of Action:**

8 |      1.    For general and compensatory damages;

9 |      2.    For special damages according to proof;

10 |      3.    For punitive damages;

11 |      4.    For prejudgment interest on all amounts claimed that are readily ascertainable;

12 |      5.    For costs and attorneys' fees pursuant to Government Code section 12965(b);  and

13 |      6.    For such other and further relief that the court considers proper.

14 | **As to the Fifth Cause of Action:**

15 |      1.    For general and compensatory damages;

16 |      2.    For special damages according to proof;

17 |      3.    For punitive damages;

18 |      4.    For prejudgment interest on all amounts claimed that are readily ascertainable;

19 |      5.    For costs; and

20 |      6.    For such other and further relief that the court considers proper.

21 |

22 |     STEVENS & McMILLAN

23 |

24 | Dated: May 27, 2020      By:                    

25 |     DANIEL P. STEVENS
    Attorney for Plaintiff

26 |     MICHAEL SPOTTS

27 |

28 |                         8