Heather McMillan (188939)
*heather@scmclaw.com*
Daniel P. Stevens (164277)
*ken@scmclaw.com*
Lizeth Perales (325498)
*liz@scmclaw.com*
STEVENS & McMILLAN
335 Centennial Way
Tustin, CA 92780
Tel.:   (714) 730-1000
Fax:   (714) 730-1067

Attorneys for Plaintiff
MICHAEL SPOTTS

# UNITED SATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPOTTS,<br><br>        Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES, INC.<br>and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.    5:20-cv-01467 JBG (KKxa)<br><br>Assigned to:  Hon. Jesus G. Bernal<br>Courtroom:   1<br><br>Action filed:  June 5, 2020<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>1.    Discrimination<br>2.    Failure to Prevent<br>       Discrimination<br>3.    California Family Rights Act<br>4.    Failure to Accommodate<br>5.    Wrongful Termination |

Plaintiff alleges:

1.     At all times mentioned in this complaint, Defendant AMAZON.COM SERVICES, INC. was a corporation, duly licensed, and conducting business in the County of Riverside, State of California.

2.     At all times mentioned  in this complaint, Plaintiff MICHAEL SPOTTS was a resident of California. During the relevant time period, Plaintiff was employed by and then terminated by Defendants.

**FIRST AMENDED COMPLAINT FOR DAMAGES**

3.     Plaintiff does not know the true names of Defendants DOES 1 through 50, inclusive, and therefore sue them by those fictitious names.

4.     Plaintiff is informed and believes, and on the basis of that information and belief alleges, that at all times mentioned in this complaint, DOE defendants were the agents and employees of their co-defendants or otherwise responsible for the conduct complained of herein, and in doing the things alleged in this complaint were acting within the course and scope of that agency and employment or were otherwise responsible for the damages complained of by the Plaintiff.

**FACTUAL ALLEGATIONS**

5.     On April 3, 2018, Michael Spotts was hired as a full-time (40 hours p/week) Fulfillment Associate by Defendant Amazon.com Services, Inc. making $15 per hour.

6.     Mr. Spotts suffered from a disability, namely drug addiction and related anxiety and panic attacks, which limited his major life activities including but not limited to difficulty sleeping, concentrating and working.

7.     In April of 2019, Mr. Spotts called Human Resources and requested a medical leave. He explained that he suffered from a "substance abuse" problem and requested a medical leave because he needed to be admitted at an in-patient treatment facility. Mr. Spotts was then transferred to Amazon's medical leave personnel for approval of his medical leave. Mr. Spotts again stated that he needed a medical leave and that his medical provider had told him that his treatment would take less than 60 days. Mr. Spotts was approved to take a medical leave starting April 8, 2019.

8.     Jill from Human Resources e-mailed Mr. Spotts the documentation and Mr. Spotts had his doctor complete and return it to his employer. The documentation specifically outlined Mr. Spotts' diagnosis and stated that Mr. Spotts' treatment would last until May 22, 2019. Mr. Spotts observed his doctor's nurse send the paperwork to Amazon.

**FIRST AMENDED COMPLAINT FOR DAMAGES**

9.     On May 15, 2019, Mr. Spotts received an e-mail from his employer stating that he had "resigned" from his employment.

10.     Mr. Spotts successfully completed his rehabilitation treatment and maintained sobriety. After his release from the rehabilitation, Mr. Spotts was ready and able to return to work without any accommodations. Mr. Spotts contacted his employer to dispute the termination but he was told that it was too late to dispute the termination.

11.     The Plaintiff filed administrative complaints with the Department of Fair Employment and Housing within the statutory time period and received Notices of Case Closure (Right-to-Sue Letters) for each defendant named herein.

## FIRST CAUSE OF ACTION

### (Discrimination-Gov't Code section 12940(a))

### (By Plaintiff Against All Defendants)

12.     Plaintiff  hereby incorporates paragraphs 1 through 8, inclusive, as though fully set forth at this point.

13.     This action is brought pursuant to the California Fair Employment and Housing Act, section 12940(a) of the Government Code, which prohibits an employer from discharging, expelling or otherwise discriminating against any person because of the person's disability.

14.     At all times mentioned in this complaint, Defendants regularly employed at least five employees bringing the Defendant employer within the provisions of section 12940 et seq. of the Government Code.

15.     Mr. Spotts maintains that he was subjected to illegal discrimination when he disclosed his disability (drug addition) and requested a reasonable accommodation and approved medical leave.

16.     The acts of illegal discrimination were motivated by Mr. Spotts' disability, his need for a medical leave, and reasonable accommodation. But for Mr. Spotts having a drug addiction, requesting to participate in a drug rehabilitation

3

program under Labor Code Section 1025 (reasonable accommodation of employee entering a rehabilitation program), and putting in practice such accommodation after the employer's approval, he would have not have suffered the illegal discrimination (termination from his employment).

17.    As a direct and proximate result of Defendants' unlawful conduct as alleged in this complaint, Plaintiff  has suffered extreme and severe anguish, humiliation, anger, tension, anxiety, depression, lowered self-esteem, and emotional distress.

18.    As a further direct and proximate result of the unlawful conduct, the Plaintiff has suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity and other losses.

19.    Because Plaintiff  was discriminated against in violation of the law, plaintiff is  entitled to recover  attorneys' fees and costs in this action pursuant to California Government Code section 12965(b).

20.    Because the acts taken toward Plaintiff were carried out by Defendants acting in a deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and damage plaintiff,  Plaintiff requests the assessment of punitive damages against Defendants in an amount appropriate to punish and make an example of Defendants.

## SECOND CAUSE OF ACTION

(Failure to Prevent Discrimination - Gov't Code § 12940(k))

(By Plaintiff Against All Defendants)

21.    Plaintiff  hereby incorporates paragraphs 1 through 16, inclusive, as though fully set forth at this point.

22.    This action is brought pursuant to the California Fair Employment and Practices Act, section 12940(k) of the Government Code, which prohibits an employer from failing to take all reasonable steps necessary to prevent discrimination,  harassment and retaliation and the corresponding regulations of the

4

California Fair Employment and Housing Commission.

23.    At all times mentioned in this complaint, Defendants regularly employed at least five employees bringing Defendant employer within the provisions of section 12900 et seq. of the Government Code prohibiting employers or their agents from failing to take all reasonable steps necessary to prevent discrimination, harassment and retaliation.

24.    Defendants failed to take all reasonable steps necessary to prevent discrimination and harassment in that the employer failed to comply with Department of Fair Employment and Housing laws and regulations, failed to offer discrimination and harassment training, failed to maintain an effective complaint procedure, failed to adequately educate managers about discrimination and harassment and failed to educate managers regarding proper responses to complaints. Defendants also failed to take all reasonable steps to prevent harassment and discrimination by not taking adequate remedial action after becoming aware of ongoing discrimination and harassment.

25.    As a direct and proximate result of Defendants' unlawful conduct as alleged in this complaint, Plaintiff  has suffered extreme and severe anguish, humiliation, anger, tension, anxiety, depression, lowered self-esteem, sleeplessness and emotional distress.

26.    As a further direct and proximate result of the unlawful conduct, Plaintiff has suffered and continues  to suffer loss of income, loss of earning capacity, loss of job opportunity and other losses.

27.    Because the Defendants failed to prevent discrimination and harassment in violation of the Fair Employment and Housing Act,  Plaintiff is entitled to recover attorneys' fees and costs in this action pursuant to California Government Code section 12965(b).

28.    Because the acts taken toward Plaintiff were carried out by Defendants acting in a deliberate, cold, callous, malicious, oppressive, and intentional manner

1 in order to injure and damage plaintiff, Plaintiff requests the assessment of punitive

2 damages against Defendants in an amount appropriate to punish and make an

3 example of Defendants.

**THIRD CAUSE OF ACTION**

4

5 (Violation of California Family Rights Act - Gov't Code §12945.2)

6 (By Plaintiff against All Defendants)

7      29.    Plaintiff hereby incorporates paragraphs 1 through 24, inclusive, as

8 though fully set forth at this point.

9      30.    This action is brought pursuant to the California Fair Employment and

10 Practices Act, section 12945.2 of the Government Code and/or the corresponding

11 regulations of the California Fair Employment and Housing Commission, which

12 makes it an unlawful employment practice for an employer to refuse to grant a

13 request by any employee with more than 12 months of service with the employer and

14 who has at least 1,250 hours of service with the employer during the previous 12-

15 month period, to take up to a total of 12 workweeks in any 12-month period for

16 family care and medical leave. This section is deemed violated when an employer

17 fails to return an employee to the same or comparable position at the end of the leave

18 or if the employer discriminates against the employee for taking or asking for leave.

19      31.    At all times mentioned in this complaint, plaintiff was an employee of

20 defendant employers within the meaning of Government Code sections 12926,

21 12940 and 12945.2.

22      32.    At all times relevant herein, Defendants were and are an "employer"

23 under FEHA, regularly employing five or more employees, respectively, within the

24 meaning of Government Code sections 12926 and 12940.

25      33.    At all times relevant herein, Defendants, respectively, employed fifty

26 (50) or more employees within a seventy-five (75) mile radius of the facility where

27 plaintiff was employed.

28      34.    Plaintiff was employed by defendants for at least twelve (12) total

**FIRST AMENDED COMPLAINT FOR DAMAGES**

1  months prior to plaintiff's request for leave as alleged more fully herein.

2      35.   Plaintiff gave defendants at least one thousand two hundred fifty (1,250)
3  hours of service during the twelve (12) month period immediately preceding the
4  request for or commencement of plaintiff's leave.

5      36.   As is more fully set forth herein, plaintiff took leave for treatment for
6  drug addiction. Defendants unlawfully discriminated and/or retaliated against
7  plaintiff by terminating him from his employment while on an approved leave.

8      37.   As a direct and proximate result of defendants' unlawful conduct as
9  alleged in this complaint, plaintiff has suffered extreme and severe anguish,
10  humiliation, nervousness, anger, tension, anxiety and emotional distress.

11      38.   As a further direct and proximate result of the unlawful conduct,
12  plaintiff has suffered and continues to suffer loss of income, loss of earning capacity,
13  loss of job opportunity and other losses.

14      39.   Because plaintiff was discriminated against and retaliated in violation
15  of the Fair Employment and Housing Act, plaintiff is entitled to recover attorneys'
16  fees and costs in this action pursuant to California Government Code section
17  12965(b).

18      40.   Because the acts taken toward plaintiff were carried out by defendants
19  acting in a deliberate, cold, callous, malicious, oppressive, and intentional manner
20  in order to injure and damage plaintiff, plaintiff requests the assessment of punitive
21  damages against defendants in an amount appropriate to punish and make an
22  example of defendants.

23                    **FOURTH CAUSE OF ACTION**

24      (Failure to Accommodate - Gov't Code §12926.1, 12940(a)(m) and (n) )

25                  (By Plaintiff against All Defendants)

26      41.   Plaintiff hereby incorporates paragraphs 1 through 36, inclusive, as
27  though fully set forth at this point.

28      42.   This action is brought pursuant to the California Fair Employment and

**FIRST AMENDED COMPLAINT FOR DAMAGES**

Practices Act, section 12940 and 12926.1 of the Government Code and/or the corresponding regulations of the California Fair Employment and Housing Commission, which makes it an unlawful employment practice for an employer to discriminate against a person with a disability, fail to make reasonable accommodation to a person with a disability, or fail to engage in a timely, good faith, interactive process with an employee to determine effective reasonable accommodations and Labor Code Section 1025 (reasonable accommodation of employee entering a rehabilitation program).

43.     As is more fully set forth herein, plaintiff had an addiction disability in that he suffered from a drug addition.

44.     Plaintiff was able to perform the job with reasonable accommodation (in-patient treatment at a drug rehabilitation facility). Mr. Spotts successfully completed his rehabilitation treatment and was ready and able to return to work. Defendant employer should have reasonably accommodated Mr. Spotts by allowing him to finish his drug rehabilitation treatment. Also, Defendant employer should have not terminated Mr. Spotts after he disclosed his need to participate in a in-patient drug rehabilitation program. Moreover, Defendant employer should have not terminated Mr. Spotts after it authorized his leave for a drug rehabilitation program.

45.     The company failed to comply with the above sited code sections and regulations when it failed to engage in a timely, good faith, interactive process to determine an effective accommodation and when it terminated him.

46.     As a direct and proximate result of defendant's unlawful conduct as alleged in this complaint, plaintiff has suffered extreme and severe anguish, humiliation, nervousness, anger, tension, anxiety and emotional distress.

47.     As a further direct and proximate result of the unlawful conduct, plaintiff has suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity and other losses.

48.     Because plaintiff was discriminated against in violation of the Fair

**FIRST AMENDED COMPLAINT FOR DAMAGES**

Employment and Housing Act, plaintiff is entitled to recover attorney's fees and costs in this action pursuant to California Government Code section 12965(b).

49.   Because the acts taken toward plaintiff were carried out by defendants acting in a deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and damage him, plaintiff requests the assessment of punitive damages against defendants in an amount appropriate to punish and make an example of defendants.

**FIFTH CAUSE OF ACTION**

(Wrongful Termination)

(By Plaintiff Against All Defendants)

50.   Plaintiff  hereby incorporates  by reference paragraphs 1 through 45, inclusive, as though fully set forth at this point.

51.   Plaintiff alleges that the discharge was wrongful because it was in violation of the public policy of the State of California as set forth in California Government Code section 12940 et seq., the administrative regulations of the Fair Employment and Housing Act and Article 1, section 8 of the Constitution of the State of California, as set forth more fully herein.

52.   As a direct and proximate result of Defendants' unlawful conduct as alleged in this complaint, Plaintiff  has  suffered extreme and severe anguish, humiliation, anger, tension, anxiety, depression, lowered self-esteem, sleeplessness and emotional distress.

53.   As a further direct and proximate result of the unlawful conduct, Plaintiff has suffered and continues  to suffer loss of income, loss of earning capacity, loss of job opportunity and other losses.

54.   Because the acts taken toward Plaintiff were carried out by Defendants acting in a deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and damage plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an amount appropriate to punish and make an

**FIRST AMENDED COMPLAINT FOR DAMAGES**

example of Defendants.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

**As to the First, Second, Third and Fourth Causes of Action:**

1. For general and compensatory damages;

2. For special damages according to proof;

3. For punitive damages;

4. For prejudgment interest on all amounts claimed that are readily ascertainable;

5. For costs and attorneys' fees pursuant to Government Code section 12965(b); and

6. For such other and further relief that the court considers proper.

**As to the Fifth Cause of Action:**

1. For general and compensatory damages;

2. For special damages according to proof;

3. For punitive damages;

4. For prejudgment interest on all amounts claimed that are readily ascertainable;

5. For costs; and

6. For such other and further relief that the court considers proper.

STEVENS & McMILLAN

Dated: August 19, 2020        By:   */s/ Daniel P. Stevens*
                                    DANIEL P. STEVENS
                                    Attorney for Plaintiff
                                    MICHAEL SPOTTS

**FIRST AMENDED COMPLAINT FOR DAMAGES**

# CERTIFICATE OF SERVICE

## Michael Spotts v. Amazon.com Services, Inc.

### 5:20-cv-01467-JGB-KKxa

---

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 335 Centennial Way, Tustin, California 92780.

On the date set forth below, I caused to be electronically filed the following document(s) described as:

## FIRST AMENDED COMPLAINT FOR DAMAGES

[X]   **BY CM/ECF SYSTEM:** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case listed below:

Maggy Athanasious
James A. Becerra
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
mathanasious@littler.com
jbecerra@littler.com

***Attorneys for Defendant***

[X]   [Federal]       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2020, Tustin, California.

_/s/ Donald E. Corbett_
Donald E. Corbett

**FIRST AMENDED COMPLAINT FOR DAMAGES**