JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPOTTS,<br><br>            Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES, INC. and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. 5:20-cv-01467 JGB (KKx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. JESUS G. BERNAL<br><br>Trial Date:    Nov. 30, 2021<br>Complaint Filed:    June 5, 2020<br>(Riverside County Superior Court) |

ORDER GRANTING DISMISSAL     2.     5:20-CV-01467 JGB (KK)

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

# ORDER

The Court has reviewed the Joint Stipulation for Dismissal with Prejudice filed by Defendant AMAZON.COM SERVICES INC. and Plaintiff MICHAEL SPOTTS.

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear their own respective attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

Dated: October 18, 2021

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE